UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>1/7/2020</u>

UNITED STATES OF AMERICA,

-against-

COCHESE GREGORY,

                              Defendant.

17 Cr. 514-1 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the parties shall appear for a modification of conditions of supervision hearing on **January 8, 2020**, at **2:20 p.m.**

    SO ORDERED.

Dated: January 7, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge