```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
UNITED STATES OF AMERICA,                       ELECTRONICALLY FILED
                                                DOC #: _____
                                                DATE FILED: 2/6/2020

              -against-                                    17 Cr. 514-1 (AT)

COCHESE GREGORY,                                           **ORDER**

                         Defendant.
```

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the parties shall appear for a status conference on **February 19, 2020**, at **3:00 p.m.**

    SO ORDERED.

Dated: February 6, 2020
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge