USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

COCHESE GREGORY,

                Defendant.

17 Cr. 514-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the status conference scheduled for February 19, 2020 is ADJOURNED to **March 3, 2020**, at **1:00 p.m**.

    SO ORDERED.

Dated: February 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge