

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2020

October 5, 2020

Hon. Analisa Torres
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   United States v. Cochese Gregory**
       **Case No.: 17 Cr. 514**

Dear Judge Torres,

    I represent Cochese Gregory in the above referenced case. For the reasons stated herein, I respectfully request a 1-week extension of time from today, October 5, to comply with the bond requirements previously set in this matter.

    Last week Judge Lehrberger issued a $50,000 bond that required the signature of 2 financially responsible people. The deadline to sign the bond was set for today, October 5. We have submitted the necessary paperwork for the two potential signers and are currently waiting to schedule a surety interview with the US Attorney's Office. In order to provide sufficient time to conduct the interview and sign the bond, I respectfully request a 1-week extension of time to October 12, 2020.

    The Government has no objection to this request.

    Thank you for your attention in this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP.

GRANTED.

SO ORDERED.

Dated: October 6, 2020
      New York, New York

ANALISA TORRES
United States District Judge