UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

COCHESE GREGORY,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020

17 Cr. 514-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On December 12, 2017, the Court sentenced Defendant to time served and three years of supervised release. ECF No. 47. On September 23, 2020, the United States Probation Office requested a warrant to arrest Defendant on four violations of the terms of his supervised release. ECF No. 94 at 1. On September 28, 2020, the Honorable Robert W. Lehrburger arraigned Defendant on the alleged violations. ECF No. 88.

Because the Government now concedes that it cannot prove the alleged violations by a preponderance of the evidence, ECF No. 94 at 1, the motion to dismiss is GRANTED, and all pre-hearing release conditions are vacated. The hearing scheduled for October 29, 2020, at 1:00 p.m. is cancelled.

The Clerk of Court is directed to terminate the motion at ECF No. 94.

SO ORDERED.

Dated: October 28, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge