USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/20/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA
:     **ORDER**
- v. -
:
COCHESE GREGORY,            17 Cr. 514 (AT)
:
    Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, a hearing has been set by this Court for May 26, 2021, concerning reported violations of the conditions of supervised release by the defendant, Cochese Gregory;

AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Cochese Gregory, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Cochese Gregory, to Assistant United States Attorney Christy Slavik for her review.

SO ORDERED.

Dated:     May 20, 2021
            New York, New York

                                                         ANALISA TORRES
                                                         United States District Judge