

FASULO BRAVERMAN & DI MAGGIO, LLP
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/25/2021

www.FBDMLaw.com

May 24, 2021

Honorable Analisa Torres
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **United States v. Cochese Gregory (VOSR)**
**Case No.: 17 Cr. 514 (AT)**

Dear Judge Torres,

Pursuant to the conference with the Judge's chambers today, the parties are requesting that the evidentiary hearing on the violation of supervised release originally scheduled for Wednesday, May 26, be re-scheduled for a hearing during the afternoon of June 14. This will allow the parties to prepare their witnesses for the remote hearing, and for both sides to coordinate the mechanics of the presentation of the videoconference to the court.

Thank you for your attention in this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

GRANTED.  The hearing scheduled for May 26, 2021, is ADJOURNED to **June 14, 2021**, at **1:00 p.m.**

SO ORDERED.

Dated: May 25, 2021
New York, New York

_____
**ANALISA TORRES**
United States District Judge