```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/14/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

v.

COCHESE GREGORY,

        Defendant.
-------------------------------------------------X

WAIVER OF RIGHT TO BE
PRESENT AT CRIMINAL PROCEEDING

17 CR 514 (AT)

__X__ Evidentiary Hearing

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York for my evidentiary hearing on violations of supervised release. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, during the evidentiary hearing and any subsequent conference or hearing with the court at which my conditions or my remand are discussed.

Dated: 6/11/21

    s/Lou Fasulo on behalf of Cochese Gregory
    Signature of Defendant

    Cochese Gregory
    Print Name

I hereby affirm that I am aware of my obligation to discuss with my client matters related to the evidentiary hearing on violations of supervised release, my client's rights to attend and participate in the proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Dated: 6/11/21

    *Louis V. Fasulo*
    Signature of Defense Counsel

    Louis V. Fasulo
    Print Name

SO ORDERED.

Dated: June 14, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge