USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/13/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

COCHESE GREGORY,

                        Defendant.

17 Cr. 514 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for July 14, 2021, at 1:00 p.m., is ADJOURNED to **July 14, 2021**, at **2:30 p.m.** The hearing will proceed using Microsoft Teams. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176 (S.D.N.Y. June 15, 2021), ECF No. 6 ("[C]onditions make it necessary for the judges in this District to continue to conduct proceedings remotely, by video conference or teleconference" and that "use of video teleconferencing, or telephone conferencing if video teleconferencing is not reasonably available, is authorized . . . with the consent of the defendant . . . after consultation with counsel[.]").

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing (888) 398-2342, and entering access code 5598827#. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

    If possible, defense counsel shall discuss the attached Waiver of Right to be Present at a Criminal Proceeding with Defendant prior to the proceedings. If the Defendant consents, and is able to sign the form (either personally or, in accordance with Standing Order 20 Misc. 174 of March 27, 2020, by defense counsel), defense counsel shall e-mail the executed form to chambers **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain

or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

    SO ORDERED.

Dated: July 13, 2021
       New York, New York

                                      ANALISA TORRES
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

_____,
               Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

**17 Cr. 514 (AT)**

Defendant _____ hereby voluntarily consents to participate in the following proceeding via video conference:

\_\_\_     Initial Appearance/Appointment of Counsel

\_\_\_     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_     Preliminary Hearing on Felony Complaint

\_\_\_     Bail/Revocation/Detention Hearing

\_\_\_     Status and/or Scheduling Conference

\_\_\_     Misdemeanor Plea/Trial/Sentence


_____                                      _____
Defendant's Signature                                                                    Defense Counsel's Signature

(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____                                      _____
Print Defendant's Name                                                          Print Defense Counsel's Name

This proceeding was conducted by reliable video conferencing technology.


_____                                                    _____
Date                                                                             U.S. District Judge